UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE PERRYMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>DEMOCRATIC NATIONAL COMMITTEE, et al.<br><br>          Defendants. | CASE NO. C05-722C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Plaintiff Wayne Perryman to SHOW CAUSE by Tuesday, May 31, 2005 at 4:30 p.m. why this action should not be dismissed for lack of jurisdiction due to a lack of standing and failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(1) and (6).  Failure to show cause by the stated deadline may result in dismissal of Plaintiff's action, without prejudice.

//

//

//

//

MINUTE ORDER – 1

1   DATED this  10th  day of May, 2005.

2                                        BRUCE RIFKIN, Clerk of Court

4                                        By  /s/ L. Simle
                                             Deputy Clerk

26  MINUTE ORDER – 2