UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE PERRYMAN,

    Plaintiff,

  v.

DEMOCRATIC NATIONAL COMMITTEE, et al.,

    Defendants.

CASE NO. C05-722C

ORDER

    This matter comes before the Court on Plaintiff Wayne Perryman's Amended Motion for Reconsideration (Dkt. No. 19).  Plaintiff requests that the Court reconsider its July 22, 2005 Order granting Defendant Democratic National Committee's Motion to Dismiss ("July Order").  The Court has carefully considered the papers submitted by Plaintiff and hereby finds and rules as follows:

    Local Rule CR 7(h)(1) provides: "Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."

    Plaintiff argues that this Court should exercise judicial discretion and find that his complaint stated a claim upon which relief could be granted.  In dismissing Plaintiff's complaint, the Court did not reach

ORDER – 1

the question of whether Plaintiff satisfied the requirements of Fed. R. Civ. P. 12(b)(6).  Rather, the Court dismissed Plaintiff's complaint because he lacks standing.  Plaintiff has neither shown that the Court's finding on standing was manifest error, nor presented new facts or legal authority that could not have been brought to the Court's attention in previous filings.  Accordingly, the Court hereby DENIES Plaintiff's Motion for Reconsideration.

SO ORDERED this __9th__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2